**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**J.E.M. Concrete Cutters, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **36-3753514** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6334 N. Natoma**<br>**Chicago, IL 60631-0144** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 31144**<br>**Chicago, IL 60631-0144** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor **same as debtor**
(if different from street address above):

---

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)              ☐ Railroad<br>■ Corporation              ☐ Stockbroker<br>☐ Partnership              ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | ☐ Chapter 7     ■ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business     ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

---

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | FORM B1, Page 2 |
|---|---|
| (This page must be completed and filed in every case) | Name of Debtor(s): J.E.M. Concrete Cutters, Inc. |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Kent A. Gaertner 3121489**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
Address

**630-510-0000 Fax: 630-510-0004**
Telephone Number

**June 6, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Russo**
Signature of Authorized Individual

**James Russo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 6, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### Northern District of Illinois

In re   __J.E.M. Concrete Cutters, Inc.__   Case No. _____

Debtor(s)   Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanta<br>PO box 8088<br>Philadelphia, PA 19101-8088 | Advanta<br>PO box 8088<br>Philadelphia, PA 19101-8088 | Misc. goods and services | | 15,120.11 |
| American International<br>c/o Popper & Wisniewski<br>120 W. Madison, Ste. 300<br>Chicago, IL 60602 | American International<br>c/o Popper & Wisniewski<br>120 W. Madison, Ste. 300<br>Chicago, IL 60602 | Cook County lawsuit 03M1-149616 | | 12,691.00 |
| Capital One FSB<br>PO Box 85184<br>Richmond, VA 23285-5184 | Capital One FSB<br>PO Box 85184<br>Richmond, VA 23285-5184 | Misc. goods and services | | 11,690.46 |
| Chase Card Services<br>Cardmember Servic<br>PO box 94014<br>Palatine, IL 60094-4014 | Chase Card Services<br>Cardmember Servic<br>PO box 94014<br>Palatine, IL 60094-4014 | Misc. goods and services | | 18,449.58 |
| Continental Western Group<br>PO box 14558<br>Des Moines, IA 50306-3558 | Continental Western Group<br>PO box 14558<br>Des Moines, IA 50306-3558 | Misc. goods and services | | 14,375.09 |
| Diamond Products<br>PO Box 1080<br>333 Prospect St.<br>Elyria, OH 44035 | Diamond Products<br>PO Box 1080<br>333 Prospect St.<br>Elyria, OH 44035 | Misc. goods and services | | 17,675.32 |
| Dimas Electrolux Construction Prod.<br>23103 Network Placed<br>Chicago, IL 60673-1231 | Dimas Electrolux Construction Prod.<br>23103 Network Placed<br>Chicago, IL 60673-1231 | Misc. goods and services | | 10,379.58 |
| Fox Valley & Vacinity Laborers Fund<br>c/o Dowd, Bloch & Bennett<br>8 S. Michigan Ave., 19th fl.<br>Chicago, IL 60603 | Fox Valley & Vicinity Laborers Fund<br>c/o Dowd, Bloch & Bennett<br>8 S. Michigan Av., 19th fl.<br>Chicago, IL 60603 | Promissory Note - laborers funds. | | 30,284.59<br><br>(0.00 secured) |
| G&L Contractors, Inc.<br>7401 N. St. Louis<br>Skokie, IL 60076 | G&L Contractors, Inc.<br>7401 N. St. Louis<br>Skokie, IL 60076 | Misc. goods and services | | 18,944.00 |
| Hard Rock Sawing & Drilling<br>PO box 718<br>Keshena, WI 54135 | Hard Rock Sawing & Drilling<br>PO box 718<br>Keshena, WI 54135 | | | 33,348.07 |
| Illinois Dept Employment Security<br>401 S. State Street, 4th fl.<br>Chicago, IL 60605-1225 | Illinois Dept Employment Security<br>401 S. State Street, 4th fl.<br>Chicago, IL 60605-1225 | 2004 IL Unemployment Taxes | | 10,089.73 |

In re  **J.E.M. Concrete Cutters, Inc.** _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | Federal tax liens (7). Some pay downs of liens has occurred. See attached (estimated amount) | | 390,000.00 (0.00 secured) |
| Laborers Pension Fund & Health Welfare Dept. 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607 | Laborers Pension Fund & Health Welfare Dept. 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607 | Unpaid contributions and dues per audit. | Disputed | 90,643.60 (0.00 secured) |
| Laborers Pension Fund & Health Welfare Dept. 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607 | Laborers Pension Fund & Health Welfare Dept. 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607 | Promissory Note with UCC filing | | 44,407.10 (0.00 secured) |
| Laborers Pension Fund & Health & Welfare Dept./Attn: Patrick Wallace 53 W. Jackson, #550 Chicago, IL 60604-3607 | Laborers Pension Fund & Health & Welfare Dept./Attn: Patrick Wallace 53 W. Jackson, #550 Chicago, IL 60604-3607 | Current reports due. | | 14,546.89 |
| Local 130 Plumbers Lewis, Overbeck & Furman, LLP 135 S. LaSalle St., Ste. 2300 Chicago, IL 60603 | Local 130 Plumbers Lewis, Overbeck & Furman, LLP 135 S. LaSalle St., Ste. 2300 Chicago, IL 60603 | Lawsuit | | 8,620.23 |
| Performance Tank Inc. 1621 Carboy Road Arlington Heights, IL 60005 | Performance Tank Inc. 1621 Carboy Road Arlington Heights, IL 60005 | Loan | | 8,000.00 |
| Thomas & Mary Beth Richards 1785 S. Braymore Dr. Barrington, IL 60010-6409 | Thomas & Mary Beth Richards 1785 S. Braymore Dr. Barrington, IL 60010-6409 | Loan | | 14,000.00 |
| Travelers Property Casualty Teller, Levit & Silvertrust PC 11 E. Adams Chicago, IL 60603 | Travelers Property Casualty Teller, Levit & Silvertrust PC 11 E. Adams Chicago, IL 60603 | Travelers Audit | Disputed | 6,031.87 |
| Travelers Property Casualty Teller, Levit & Silvertrust PC 11 E. Adams Chicago, IL 60603 | Travelers Property Casualty Teller, Levit & Silvertrust PC 11 E. Adams Chicago, IL 60603 | Cook County Case No. 04 L 005341 | | 29,278.68 |

In re    **J.E.M. Concrete Cutters, Inc.** _____    Case No. _____
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date    **June  6, 2005** _____    Signature    **/s/ James Russo** _____
                                                          **James Russo**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re    **J.E.M. Concrete Cutters, Inc.**                                    ,    Case No. _____

Debtor

Chapter                    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 252,520.94 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 555,335.29 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 31,105.30 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 283,986.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | Total Assets | | 252,520.94 | | |
| | Total Liabilities | | | 870,427.41 | |

In re   __**J.E.M. Concrete Cutters, Inc.**_____,   Case No. _____
                                      Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **J.E.M. Concrete Cutters, Inc.**                                            ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **$500 average daily balance.** | - | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Family Federal Savings & Loan, Cicero, IL** | - | **500.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **None. Term non-cash value life insurance.** | - | **0.00** |

Sub-Total >      **700.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **J.E.M. Concrete Cutters, Inc.**
_____ ,  Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Accounts receivable list attached (approx. amount)** | - | 31,441.75 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   31,441.75
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **J.E.M. Concrete Cutters, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached.**<br><br>**Vehicles - $25,000**<br>**Trailers - $1,000** | - | **35,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **See attached.** | - | **3,500.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **See attached.** | - | **145,879.19** |
| 28. Inventory. | | **See attached.** | - | **36,000.00** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | |
|---|---|
| Sub-Total > | **220,379.19** |
| (Total of this page) | |
| Total > | **252,520.94** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6D
(12/03)

In re **J.E.M. Concrete Cutters, Inc.**                                Case No. _____
                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Judgment Lien** | | | | | |
| **Fox Valley & Vacinity Laborers Fund** c/o Dowd, Bloch & Bennett 8 S. Michigan Ave., 19th fl. Chicago, IL 60603 | X | - | **Judgment lien and citation 10/2004. Promissory note 1/2005** | | | | | |
| | | | Value $ 0.00 | | | | 30,284.59 | 30,284.59 |
| Account No. | | | **2004** | | | | | |
| **Internal Revenue Service** Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | X | - | **Federal tax liens (7). Some pay downs of liens has occurred.  See attached (estimated amount)** | | | | | |
| | | | Value $ 0.00 | | | | 390,000.00 | 390,000.00 |
| Account No. | | | **11/13/02** | | | | | |
| **Laborers Pension Fund & Health Welfare Dept.** 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607 | X | - | **Blanket lien** **Promissory Note with UCC filing** | | | | | |
| | | | Value $ 0.00 | | | | 44,407.10 | 44,407.10 |
| Account No. | | | **11/13/02** | | | | | |
| **Laborers Pension Fund & Health Welfare Dept.** 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607 | X | - | **Blanket lien** **Unpaid contributions and dues per audit.** | | | X | | |
| | | | Value $ 0.00 | | | | 90,643.60 | 90,643.60 |

__0__ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 555,335.29 |
| Total (Report on Summary of Schedules) | 555,335.29 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6E
(04/04)

In re   **J.E.M. Concrete Cutters, Inc.**                                                         Case No. _____
_____,
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** _____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **J.E.M. Concrete Cutters, Inc.** _____,   Case No. _____
                                         Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Fox Valley & Vacinity Laborers Fund c/o Dowd, Bloch & Bennett 8 S. Michigan Ave., 19th fl. Chicago, IL 60603** | - | | | Current reports due. | | | | 3,174.40 | 3,174.40 |
| Account No.<br><br>**IUOE Local 649 Operating Engineers 6408 W. Plank Rd. Peoria, IL 61604** | - | | | Employee contributions. | | | | 864.28 | 864.28 |
| Account No.<br><br>**Laborers Pension Fund & Health & Welfare Dept./Attn: Patrick Wallace 53 W. Jackson, #550 Chicago, IL 60604-3607** | - | | | Current reports due. | | | | 14,546.89 | 14,546.89 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 18,585.57 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **J.E.M. Concrete Cutters, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| **Account No.**<br><br>**Illinois Department of Revenue Bankruptcy Section 100 W. Randolph Street Chicago, IL 60602** | X | - | | | | **Taxes** | | | | 2,430.00 | 2,430.00 |
| **Account No.**<br><br>**Illinois Dept Employment Security 401 S. State Street, 4th fl. Chicago, IL 60605-1225** | | - | | | | **2004**<br><br>**2004 IL Unemployment Taxes** | | | | 10,089.73 | 10,089.73 |
| **Account No.**<br><br>**Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604** | X | - | | | | **2004/2005**<br><br>**Unliened payroll taxes - to the extend not secured by Federal tax lien.** | | | | **Unknown** | **Unknown** |
| **Account No.** | | | | | | | | | | | |
| **Account No.** | | | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 12,519.73 |
| Total (Report on Summary of Schedules) | | 31,105.30 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6F
(12/03)

In re    **J.E.M. Concrete Cutters, Inc.**                                    Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Advanta<br>PO box 8088<br>Philadelphia, PA 19101-8088** | | - | | | **2001<br>Misc. goods and services** | | | | **15,120.11** |
| Account No. <br><br>**American International<br>c/o Popper & Wisniewski<br>120 W. Madison, Ste. 300<br>Chicago, IL 60602** | | - | | | **Cook County lawsuit 03M1-149616** | | | | **12,691.00** |
| Account No. <br><br>**Apex Courier, Ltd.<br>PO box 617844<br>Chicago, IL 60661** | | - | | | **2005<br>Misc. goods and services** | | | | **2,220.19** |
| Account No. <br><br>**Aquariclean Inc.<br>5342 N. Northwest Highway<br>Chicago, IL 60630** | | - | | | **2004<br>Misc. goods and services** | | | | **232.62** |
| __9__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **30,263.92** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                S/N:33434-050418    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **J.E.M. Concrete Cutters, Inc.**                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Building & Construction Resource**<br>**6050 Southport, Suite B**<br>**Portage, IN 46368** | - | | **2004**<br>**Misc. goods and services** | | | | 90.00 |
| Account No.<br><br>**Capital One FSB**<br>**PO Box 85184**<br>**Richmond, VA 23285-5184** | - | | **2004**<br>**Misc. goods and services** | | | | 11,690.46 |
| Account No.<br><br>**Carothers Printing Co.**<br>**2118 S. Franklin St.**<br>**South Bend, IN 46613** | - | | **2005**<br>**Misc. goods and services** | | | | 205.64 |
| Account No.<br><br>**Chase Card Services**<br>**Cardmember Servic**<br>**PO box 94014**<br>**Palatine, IL 60094-4014** | - | | **2004**<br>**Misc. goods and services** | | | | 18,449.58 |
| Account No.<br><br>**Christine Anthony**<br>**11039 Avenue E**<br>**Chicago, IL 60617** | - | | **2005**<br>**Misc. goods and services** | | | | 1,000.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,435.68**

Form B6F - Cont.
(12/03)

In re   **J.E.M. Concrete Cutters, Inc.**
_____,   Case No. _____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2004 Misc. goods and services | | | | |
| Cobra Concrete Cutting 1900 N. Austin Chicago, IL 60639 | - | | | | | | | | 1,769.00 |
| Account No. | | | | | 2004 Misc. goods and services | | | | |
| Columbian Agency PO box 39 New Lenox, IL 60451-0039 | - | | | | | | | | 3,950.20 |
| Account No. | | | | | 2000 Misc. goods and services | | | | |
| Continental Western Group PO box 14558 Des Moines, IA 50306-3558 | - | | | | | | | | 14,375.09 |
| Account No. | | | | | 2005 Misc. goods and services | | | | |
| Continental Western Group/Jaros Ins PO Box 14558 Des Moines, IA 50306-3558 | - | | | | | | | | Unknown |
| Account No. | | | | | 2005 Misc. goods and services | | | | |
| Deluxe Business Checks & Solutions PO Box 742572 Cincinnati, OH 45274-2572 | - | | | | | | | | 115.27 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **20,209.56**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **J.E.M. Concrete Cutters, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2005 Misc. goods and services | | | | |
| DHL Express USA, Inc. PO Box 4723 Houston, TX 77210-4723 | - | | | | | | | 147.90 |
| Account No. | | | | 2004 Misc. goods and services | | | | |
| Diamond B, Inc. 14014 Alondra Blvd. Santa Fe Springs, CA 90670-5803 | - | | | | | | | 341.62 |
| Account No. | | | | 2004 Misc. goods and services | | | | |
| Diamond Products PO Box 1080 333 Prospect St. Elyria, OH 44035 | - | | | | | | | 17,675.32 |
| Account No. | | | | 2001 Misc. goods and services | | | | |
| Dimas Electrolux Construction Prod. 23103 Network Placed Chicago, IL 60673-1231 | - | | | | | | | 10,379.58 |
| Account No. | | | | 2001 Misc. goods and services | | | | |
| DoALL Chicago Industrial Supply 7247 Collection Center Dr. Chicago, IL 60693 | - | | | | | | | 2,445.19 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,989.61

Form B6F - Cont.
(12/03)

In re **J.E.M. Concrete Cutters, Inc.** _____, Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Ed Anthony, Jr.** **11149 Anderson Rd.** **Granger, IN 46530** | - | | | Loan | | | | 9,363.34 |
| Account No. **Exxon Mobil Fleet** **JC Christensen & Associates. Inc.** **PO Box 519** **Sauk Rapids, MN 56379** | - | | | 2003 Misc. goods and services | | | | 4,902.90 |
| Account No. **G&L Contractors, Inc.** **7401 N. St. Louis** **Skokie, IL 60076** | | | | 2005 Misc. goods and services | | | | 18,944.00 |
| Account No. **Hard Rock Concrete Cutters, Inc.** **984 Lee Street** **Des Plaines, IL 60016** | - | | | 2004 Loan | | | | 5,042.50 |
| Account No. **Hard Rock Sawing & Drilling** **PO box 718** **Keshena, WI 54135** | - | | | 2005 | | | | 33,348.07 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **71,600.81**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **J.E.M. Concrete Cutters, Inc.** _____,    Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2005 Misc. goods and services | | | | |
| **Illini Contractors Supply** **811 Dennison** **PO Box 3967** **Champaign, IL 61826** | - | | | | | | | 331.61 |
| Account No. | | | | 2004 Misc. goods and services | | | | |
| **Interstate Power Tools** **1047 N. State Road 149** **PO Box 1997** **Valparaiso, IN 46385** | | | | | | | | 89.04 |
| Account No. | | | | 2003 Misc. goods and services | | | | |
| **Levin Tire** **c/o Abrams & Abrams, P.C.** **75 E. Wacker Dr., Ste. 320** **Chicago, IL 60601** | | | | | | | | 1,242.51 |
| Account No. | | | | Lawsuit | | | | |
| **Local 130 Plumbers** **Lewis, Overbeck & Furman, LLP** **135 S. LaSalle St., Ste. 2300** **Chicago, IL 60603** | - | | | | | | | 8,620.23 |
| Account No. | | | | 2003 Loan | | | | |
| **Michael Kudlicki** **737 Burdette Ave.** **Glendale Heights, IL 60139** | - | | | | | | | 5,117.95 |

Sheet no. __5__ of __9__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)       15,401.34

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **J.E.M. Concrete Cutters, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Randazzo**<br>**219 Cool Stone Bend**<br>**Lake in the Hills, IL 60102** | - | | | | **2005**<br>**Misc. goods and services** | | | | **1,115.44** |
| Account No.<br><br>**Mid Central Operating Engineers H&W**<br>**PO Box 1445**<br>**Terre Haute, IN 47808-1445** | - | | | | **2004**<br>**Misc. goods and services** | | | | **586.78** |
| Account No.<br><br>**MidCentral Operating Engineers etal**<br>**c/o Edgeton & Edgerton**<br>**125 Wood St.- PO Box 218**<br>**West Chicago, IL 60186-0218** | | | | | **Cook County Lawsuit Board of Trustees of MidCentral Operating Engineers Health & Welfare Board of Trustees of the Central Pension Fund vs. JEM Concrete Cutters, Inc. - 03 M3 1643** | | | | **Unknown** |
| Account No.<br><br>**Midwest Promotional Group**<br>**5900 Archer Road**<br>**Summit Argo, IL 60501** | - | | | | **2000**<br>**Misc. goods and services** | | | | **3,195.39** |
| Account No.<br><br>**Northern Safety Co. Inc.**<br>**PO Box 4250**<br>**Utica, NY 13504-4250** | - | | | | **2005**<br>**Misc. goods and services** | | | | **199.23** |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,096.84**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **J.E.M. Concrete Cutters, Inc.**                                      ,          Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2003 Misc. goods and services | | | | |
| O'Leary's Contractors Equipment 4554 W. North Ave. Chicago, IL 60639 | - | | | | | | | 3,883.95 |
| Account No. | | | | 2004 Misc. goods and services | | | | |
| Penhall Diamond Products PO box 31001-0010 Pasadena, CA 91110 | - | | | | | | | 4,944.17 |
| Account No. | | | | Loan | | | | |
| Performance Tank Inc. 1621 Carboy Road Arlington Heights, IL 60005 | - | | | | | | | 8,000.00 |
| Account No. | | | | 2003 Misc. goods and services | | | | |
| Premium Assignment Corporation PO Box 3100 Tallahassee, FL 32315-3100 | - | | | | | | | 3,822.96 |
| Account No. | | | | 2005 Misc. goods and services | | | | |
| Quill Corporation PO box 94081 Palatine, IL 60094-4081 | - | | | | | | | 266.61 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **20,917.69**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **J.E.M. Concrete Cutters, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 Misc. goods and services | | | | |
| **Rapid Safety & Supply Co.** **2529-B Portgage Mall** **Portage, IN 46368** | - | | | | | | | | 1,134.16 |
| Account No. | | | | | Judgment - State of Indiana, et.al. vs. JEM Concrete Cutters Inc. | | | | |
| **State of IN, IN Dept of Labor, et.a** **c/o Office of Attorney General** **302 W. Washington St., #5th fl** **Indianapolis, IN 46204-2770** | - | | | | | | | | 4,200.00 |
| Account No. | | | | | 2005 Misc. goods and services | | | | |
| **Technology Masters** **201 E. Dundee Rd., Suite C** **Palatine, IL 60074** | - | | | | | | | | 373.75 |
| Account No. | | | | | 2005 Misc. goods and services | | | | |
| **Texas Diamond Tools, Inc.** **805 Hilbig Rd.** **Conroe, TX 77301** | - | | | | | | | | 1,599.01 |
| Account No. | | | | | Loan | | | | |
| **Thomas & Mary Beth Richards** **1785 S. Braymore Dr.** **Barrington, IL 60010-6409** | - | | | | | | | | 14,000.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,306.92

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **J.E.M. Concrete Cutters, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>Travelers Property Casualty<br>Teller, Levit & Silvertrust PC<br>11 E. Adams<br>Chicago, IL 60603 | - | | | | 2003<br>Travelers Audit | | | X | 6,031.87 |
| Account No.<br><br>Travelers Property Casualty<br>Teller, Levit & Silvertrust PC<br>11 E. Adams<br>Chicago, IL 60603 | - | | | | Cook County Case No. 04 L 005341 | | | | 29,278.68 |
| Account No.<br><br>Vassil Machine Products Inc.<br>Rolling Meadows Industrial Park<br>65 Blodgett Ct.<br>Fond Du Lac, WI 54937-2302 | | | | | 2004<br>Misc. goods and services | | | | 1,453.90 |
| Account No.<br><br>West Bend Inc.<br>c/o Glyn Rostocker, Esq.<br>134 N. LaSalle St., Ste. 1108<br>Chicago, IL 60602 | - | | | | Lawsuit pending: West Bend, Inc. vs. JEM Concrete Cutters, Inc. Case No. 03 M1 11419 | | | | 0.00 |
| Account No. | | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **36,764.45**

Total
(Report on Summary of Schedules)   **283,986.82**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **J.E.M. Concrete Cutters, Inc.**                                        ,    Case No. _____

                                                                Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |

_0_    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **J.E.M. Concrete Cutters, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ed Anthony, Jr.** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** |
| **Ed Anthony, Jr.** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** |
| **Edward Anthony, Jr.** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** |
| **James Russo** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** |
| **James Russo** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** |
| **James Russo** | **Fox Valley & Vacinity Laborers Fund**<br>**c/o Dowd, Bloch & Bennett**<br>**8 S. Michigan Ave., 19th fl.**<br>**Chicago, IL 60603** |
| **James Russo** | **Laborers Pension Fund & Health**<br>**Welfare Dept.**<br>**53 W. Jackson Blvd., Ste 550**<br>**Chicago, IL 60604-3607** |
| **James Russo** | **Laborers Pension Fund & Health**<br>**Welfare Dept.**<br>**53 W. Jackson Blvd., Ste 550**<br>**Chicago, IL 60604-3607** |
| **James Russo** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** |

____**1**____   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **J.E.M. Concrete Cutters, Inc.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Michael Kudlicki** | **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph Street Chicago, IL 60602** |
| **Michael Kudlicki** | **Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604** |
| **Michael Kudlicki** | **Laborers Pension Fund & Health Welfare Dept. 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607** |
| **Michael Kudlicki** | **Laborers Pension Fund & Health Welfare Dept. 53 W. Jackson Blvd., Ste 550 Chicago, IL 60604-3607** |
| **Michael Kudlicki** | **Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604** |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **J.E.M. Concrete Cutters, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **22** _____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June  6, 2005**

Signature  **/s/ James Russo**

**James Russo**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __J.E.M. Concrete Cutters, Inc._____    Case No. _____

                                   Debtor(s)          Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| **$466,987.69** | **2005 to date** |
| **$1,549,666.25** | **2004** |
| **$1,367,444.18** | **2003** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

2

### 3. Payments to creditors

None
☐　　a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached. | | $0.00 | $0.00 |
| **Plumbers Local 130** | **Last 90 days prior to filing (approx. amounts)** | **$2,000.00** | **$6,000.00** |

None
■　　b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐　　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fox Valley Laborers. vs. JEM Concrete Cutters Inc. and James E. Russo Case No. 03 C 6792** | **Collection** | **U.S. District Court, Northern District of Illinois** | **Judgment** |
| **Laborers District Council vs. JEM Concrete Cutters, Inc. and James E. Russo Case No. 03 C 5268 / 01 C 9737** | **Collection** | **U.S. District Court, Northern District of Illinois** | **Judgment** |
| **Local 130 Plumbers Union, et.al. vs. JEM - 05 M1 102850** | **Collection** | **U.S. District Court, Northern District of Illinois** | **Pending** |
| **West Bend, Inc. vs. JEM Concrete Cutters, Inc. - 03 M1-11419** | **Collection** | **Cook County, IL** | **Judgment** |
| **Travelers Indemnity Company vs. JEM Concrete Cutters, Inc.** | **Collection** | **Cook County, IL** | **Judgment** |
| **St. Joseph State of Indiana, Indiana Dept of Labor, Occupational Safety and Health Administration vs. JEM Concrete Cutters, Inc.** | **Collection** | **State of IN County of St. Joseph** | **Judgment** |
| **American International vs. JEM Concrete Cutters, Inc. - 03 M1 149616** | **Collection** | **Cook County, IL** | **Judgment** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Board of Trustees of MidCentral Operating Engineers Health & Welfare Fund & Board of Trustees of the Central Pension Fund vs. JEM Concrete Cutters, Inc.** | **Collection** | **Cook County, IL** | **Judgment** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown Covey Gaertner & Davis**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **Springer, Brown, Covey, Gaertner & Davis - 6/2/05 - 6/3/05** | **SBCG&D:**<br>**$13,300** |
| | **Mohr & Gaertner:**<br>**6/29/04**<br>**7/16/04**<br>**9/13/04**<br>**11/8/04**<br>**1/25/05** | **M&G:**<br>**$1,500**<br>**$1,000**<br>**$1,500**<br>**$2,000**<br>**$2,500** |

**10. Other transfers**

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

#### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

#### 15.  Prior address of debtor

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

#### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17.  Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER<br>I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING<br>DATES |
|---|---|---|---|---|
| **James E. Russo** | **36-3753514** | **6334 N. Natoma<br>Chicago, IL 60631** | **JEM Concrete Cutters Inc.** | |
| **Edward A. Anthony, Jr.** | **36-3753514** | **11149 Anderson Rd.<br>Granger, IN 46530** | **JEM Concrete Cutters Inc.** | |
| **Michael Kudlicki** | **36-3753514** | **737 Burdette Ave.<br>Glendale Heights, IL<br>60139** | **JEM Concrete Cutters Inc.** | |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**Nivens A. Associates**                                 **June 1992 - June 2004**
**1S376 Summit Ave., #4A**
**Court D**
**Arlington Heights, IL 60004**

**Carolyn H. Selke & Company,. Ltd.**                    **April 2005 current**
**728 N. Dryden Ave.**
**Arlington Heights, IL 60004**

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Professional Office Support Services Inc**<br>**56 S. Clyde Ave.**<br>**Palatine, IL 60067** | **Debbie Brescia, Bookkeeper, March**<br>**1991 to current** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **See attached exhibit.** | | |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| **See attached exhibit.** | **Debtor corporation** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **James Russo**<br>**6334 N. Natoma**<br>**Chicago, IL 60631** | **President** | **33.3% common stock interest** |
| **Edward Anthony, Jr.**<br>**11149 Anderson Rd.**<br>**Granger, IN 46530** | | **33.3% common stock interest** |
| **Michael Kudlicki**<br>**737 Burdette Ave.**<br>**Glendale Heights, IL 60139** | | **33.3% common stock interest** |

8

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|
| **Laborer's Pension & Welfare** | **unknown** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June  6, 2005**          Signature    **/s/ James Russo**

**James Russo**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Northern District of Illinois

In re  __J.E.M. Concrete Cutters, Inc.__                                    Case No. _____

                                        Debtor(s)          Chapter    __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................  $ _____    **0.00**

    Prior to the filing of this statement I have received..............................  $ _____    **0.00**

    Balance Due...................................................................................................  $ _____    **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation of Chapter 11 Plan and Disclosure Statement. All fees will be requested by application to court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  __June  6, 2005__                         /s/ Kent A. Gaertner 3121489
                                                   **Kent A. Gaertner 3121489**
                                                   **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                   **400 S. County Farm Road**
                                                   **Suite 330**
                                                   **Wheaton, IL 60187**
                                                   **630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **J.E.M. Concrete Cutters, Inc.** _____ ,   Case No. _____

                                        Debtor

                                                          Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ed Anthony, Jr.** | **Common** | **333** | **1/3** |
| **James Russo** | **Common** | **333** | **1/3** |
| **Michael Kudlicki** | **Common** | **333** | **1/3** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**June  6, 2005**_____      Signature **/s/ James Russo**_____
                                                   **James Russo**
                                                   **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **J.E.M. Concrete Cutters, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:       **58**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June  6, 2005**

**/s/ James Russo**

**James Russo**/**President**
Signer/Title

Advanta
PO box 8088
Philadelphia, PA 19101-8088


American International
c/o Popper & Wisniewski
120 W. Madison, Ste. 300
Chicago, IL 60602


Apex Courier, Ltd.
PO box 617844
Chicago, IL 60661


Aquariclean Inc.
5342 N. Northwest Highway
Chicago, IL 60630


Building & Construction Resource
6050 Southport, Suite B
Portage, IN 46368


Capital One FSB
PO Box 85184
Richmond, VA 23285-5184


Carothers Printing Co.
2118 S. Franklin St.
South Bend, IN 46613


Chase Card Services
Cardmember Servic
PO box 94014
Palatine, IL 60094-4014


Christine Anthony
11039 Avenue E
Chicago, IL 60617


Cobra Concrete Cutting
1900 N. Austin
Chicago, IL 60639


Columbian Agency
PO box 39
New Lenox, IL 60451-0039

Continental Western Group
PO box 14558
Des Moines, IA 50306-3558


Continental Western Group/Jaros Ins
PO Box 14558
Des Moines, IA 50306-3558


Deluxe Business Checks & Solutions
PO Box 742572
Cincinnati, OH 45274-2572


DHL Express USA, Inc.
PO Box 4723
Houston, TX 77210-4723


Diamond B, Inc.
14014 Alondra Blvd.
Santa Fe Springs, CA 90670-5803


Diamond Products
PO Box 1080
333 Prospect St.
Elyria, OH 44035


Dimas Electrolux Construction Prod.
23103 Network Placed
Chicago, IL 60673-1231


DoALL Chicago Industrial Supply
7247 Collection Center Dr.
Chicago, IL 60693


Ed Anthony, Jr.
11149 Anderson Rd.
Granger, IN 46530


Exxon Mobil Fleet
JC Christensen & Associates. Inc.
PO Box 519
Sauk Rapids, MN 56379

Fox Valley & Vacinity Laborers Fund
c/o Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th fl.
Chicago, IL 60603


Fox Valley & Vacinity Laborers Fund
c/o Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th fl.
Chicago, IL 60603


G&L Contractors, Inc.
7401 N. St. Louis
Skokie, IL 60076


Hard Rock Concrete Cutters, Inc.
984 Lee Street
Des Plaines, IL 60016


Hard Rock Sawing & Drilling
PO box 718
Keshena, WI 54135


Illini Contractors Supply
811 Dennison
PO Box 3967
Champaign, IL 61826


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Chicago, IL 60602


Illinois Dept Employment Security
401 S. State Street, 4th fl.
Chicago, IL 60605-1225


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Interstate Power Tools
1047 N. State Road 149
PO Box 1997
Valparaiso, IN 46385


IUOE Local 649
Operating Engineers
6408 W. Plank Rd.
Peoria, IL 61604


Laborers Pension Fund & Health
Welfare Dept.
53 W. Jackson Blvd., Ste 550
Chicago, IL 60604-3607


Laborers Pension Fund & Health
Welfare Dept.
53 W. Jackson Blvd., Ste 550
Chicago, IL 60604-3607


Laborers Pension Fund & Health &
Welfare Dept./Attn: Patrick Wallace
53 W. Jackson, #550
Chicago, IL 60604-3607


Levin Tire
c/o Abrams & Abrams, P.C.
75 E. Wacker Dr., Ste. 320
Chicago, IL 60601


Local 130 Plumbers
Lewis, Overbeck & Furman, LLP
135 S. LaSalle St., Ste. 2300
Chicago, IL 60603


Michael Kudlicki
737 Burdette Ave.
Glendale Heights, IL 60139


Michael Randazzo
219 Cool Stone Bend
Lake in the Hills, IL 60102


Mid Central Operating Engineers H&W
PO Box 1445
Terre Haute, IN 47808-1445

MidCentral Operating Engineers etal
c/o Edgeton & Edgerton
125 Wood St.- PO Box 218
West Chicago, IL 60186-0218


Midwest Promotional Group
5900 Archer Road
Summit Argo, IL 60501


Northern Safety Co. Inc.
PO Box 4250
Utica, NY 13504-4250


O'Leary's Contractors Equipment
4554 W. North Ave.
Chicago, IL 60639


Penhall Diamond Products
PO box 31001-0010
Pasadena, CA 91110


Performance Tank Inc.
1621 Carboy Road
Arlington Heights, IL 60005


Premium Assignment Corporation
PO Box 3100
Tallahassee, FL 32315-3100


Quill Corporation
PO box 94081
Palatine, IL 60094-4081


Rapid Safety & Supply Co.
2529-B Portage Mall
Portage, IN 46368


State of IN, IN Dept of Labor, et.a
c/o Office of Attorney General
302 W. Washington St., #5th fl
Indianapolis, IN 46204-2770


Technology Masters
201 E. Dundee Rd., Suite C
Palatine, IL 60074

Texas Diamond Tools, Inc.
805 Hilbig Rd.
Conroe, TX 77301


Thomas & Mary Beth Richards
1785 S. Braymore Dr.
Barrington, IL 60010-6409


Travelers Property Casualty
Teller, Levit & Silvertrust PC
11 E. Adams
Chicago, IL 60603


Travelers Property Casualty
Teller, Levit & Silvertrust PC
11 E. Adams
Chicago, IL 60603


Vassil Machine Products Inc.
Rolling Meadows Industrial Park
65 Blodgett Ct.
Fond Du Lac, WI 54937-2302


West Bend Inc.
c/o Glyn Rostocker, Esq.
134 N. LaSalle St., Ste. 1108
Chicago, IL 60602

# United States Bankruptcy Court
## Northern District of Illinois

In re   **J.E.M. Concrete Cutters, Inc.**

Debtor(s)

Case No. _____

Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **J.E.M. Concrete Cutters, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  6, 2005

Date

/s/ Kent A. Gaertner 3121489

**Kent A. Gaertner 3121489**

Signature of Attorney or Litigant

Counsel for   **J.E.M. Concrete Cutters, Inc.**

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**