UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        )
                                              )    CASE NO. 05-22398
J.E.M Concrete Cutters Inc.                   )    Chapter 11
                                              )    JUDGE Susan Sonderby
                    Debtor.                   )

### DEBTOR'S FINAL REPORT AND ACCOUNTING REQUIRED PURSUANT TO FEDERAL BANKRUPTCY RULE 1019(5)

**J.E.M Concrete Cutters Inc.** ("Debtor"), Debtor In Possession, by and through their attorneys, hereby files their Final Report and Schedule of Unpaid Debts pursuant to Federal Bankruptcy Rule 1019(5)(A) and, in support thereof, states as follows.

1. The Debtor was a Chapter 11 Debtor for the period beginning June 7, 2005 through December 20, 2005 at which time this case was converted to a Chapter 7 case.

2. While acting as debtor-in-possession, the Debtor operated a paving business, and all transactions and/or disbursements were accomplished via the Debtor in Possession account located at Family Federal, checking account 0190001300-3.

3. According to the attachments the Debtors calculate disbursements as follows:

    a) June, 2005: $90,331
    b) July, 2005: $117,511
    c) August, 2005: $116,656
    d) September, 2005: $156,817
    e) October, 2005: $99,299
    f) November, 2005: $135,436
    g) December, 2005 – 0      .

5. Other than the checking account disbursements the Debtors disbursed through the above mentioned account, there were no other disbursements made prior to the conversion of the case.

# Exhibit A

**CREDITOR ADDRESSSES**

Ed Anthony, Jr.
11149 Anderson Road
Granger, IN 46530

Apex Courier, Ltd.
P.O. Box 617844
Chicago, IL 60661

Aquariclean Inc.
5342 N. Northwest Highway
Chicago, IL 60630

AT&T
P.O. Box 9001310
Louisville, KY 40290-1310

Guy Battista
7401 N. St. Louis
Skokie, IL 60076

Matthew Brunke
N8504 Linden Beach Rd.
Fond du Lac, WI 54935

Chase Card Services
Attn: Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

Continental Western Group
P.O. Box 14558
Des Moines, IA 50306-3558

DHL Express (USA), Inc.
P.O. Box 4723
Houston, TX 77210-4723

Duke of Oil
147 S. Kinzie Ave.
Bradley, IL 60915

Hard Rock Concrete Cutters, Inc.
984 Lee Street
Des Plaines, IL 60016

Hard Rock Sawing and Drilling Specialist
P.O. Box 718
Keshena, WI 54135

Interstate Power Tools
1047 N. State Rd. 149
P.O. Box 1997
Valparaiso, IN 46385

Jiffy Lube/Sound Billing LLC
P.O. Box 620130
Middleton, WI 53562

Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001

NMAPC
1501 Lee Highway
Suite 202
Arlington, VA 22209

Penhall Diamond Products
P.O. Box 31001-0010
Pasadena, CA 91100-0010

Peoples Energy
Bill Payment Center
Chicago, IL 60687-0001

Reliable Office Supplies
Dept. 8001
135 S. LaSalle St.
Chicago, IL 60674-8001

Safway Services, Inc.
3200 N. Calumet Ave.
Hammond, IN 46320

SBC
Bill Payment Center
Chicago, IL 60663-0001

SBC
Bill Payment Center
Chicago, IL 60663-0001

SBC Long Distance
P.O. Box 660688
Dallas, TX 75266-0688

Technology Masters
201 E. Dundee Rd.
Suite C
Palatine, IL 60074

Jon Van Der Giessen
2902 Russell
Portage, IN 46368

Viking Office Products
PO Box 88040
Chicago, IL 60680-1040

3:31 PM
01/23/06

# J.E.M. Concrete Cutters, Inc.
# Unpaid Bills Detail
### All Transactions

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Anthony, Jr., Ed** | | | | | |
| Bill | 8/5/2005 | trailer ... | 8/12/2005 | 171 | 242.76 |
| Total Anthony, Jr., Ed | | | | | 242.76 |
| **Apex Courier, Ltd.** | | | | | |
| Bill | 12/1/2005 | 619-1... | 12/1/2005 | 53 | 245.19 |
| Bill | 12/15/2005 | 621-1... | 12/15/2005 | 39 | 154.81 |
| Bill | 12/22/2005 | 622-1... | 12/22/2005 | 32 | 59.67 |
| Bill | 12/29/2005 | 623-1... | 12/29/2005 | 25 | 138.90 |
| Total Apex Courier, Ltd. | | | | | 598.57 |
| **Aquariclean Inc.** | | | | | |
| Bill | 12/7/2005 | 7906 | 12/7/2005 | 47 | 136.84 |
| Total Aquariclean Inc. | | | | | 136.84 |
| **AT&T** | | | | | |
| Bill | 12/21/2005 | 05244... | 12/21/2005 | 33 | 140.66 |
| Total AT&T | | | | | 140.66 |
| **Battista, Guy** | | | | | |
| Bill | 6/6/2005 | 06/05 ... | 6/22/2005 | 231 | 1,200.00 |
| Bill | 7/1/2005 | 07/05 ... | 7/22/2005 | 205 | 2,200.00 |
| Bill | 8/1/2005 | Aug. ... | 8/22/2005 | 175 | 2,200.00 |
| Bill | 9/1/2005 | Sept. ... | 9/22/2005 | 144 | 2,200.00 |
| Bill | 10/1/2005 | Octob... | 10/22/2005 | 114 | 2,200.00 |
| Bill | 11/1/2005 | Nov 0... | 11/22/2005 | 83 | 2,200.00 |
| Total Battista, Guy | | | | | 12,200.00 |
| **Brunke, Matthew** | | | | | |
| Bill | 7/18/2005 | from ... | 7/18/2005 | 189 | 700.00 |
| Bill | 7/18/2005 | from ... | 7/18/2005 | 189 | 470.00 |
| Total Brunke, Matthew | | | | | 1,170.00 |
| **Carlson, John** | | | | | |
| Bill | 7/26/2005 | balan... | 7/29/2005 | 181 | 157.19 |
| Total Carlson, John | | | | | 157.19 |
| **Chase Card Services** | | | | | |
| Bill | 11/7/2005 | 10/05 ... | 11/17/2005 | 77 | 355.74 |
| Bill | 11/12/2005 | fin.ch... | 11/22/2005 | 72 | 307.13 |
| Total Chase Card Services | | | | | 662.87 |
| **Continental Western Group** | | | | | |
| Bill | 9/12/2005 | 1 of 3 | 9/16/2005 | 133 | 1,366.00 |
| Bill | 9/12/2005 | 2 of 3 | 10/18/2005 | 133 | 1,361.00 |
| Bill | 11/1/2005 | fees | 11/1/2005 | 83 | 25.00 |
| Bill | 9/12/2005 | 3 of 3 | 11/18/2005 | 133 | 1,360.00 |
| Total Continental Western Group | | | | | 4,112.00 |
| **DHL Express (USA), Inc.** | | | | | |
| Bill | 11/1/2005 | 70955... | 11/1/2005 | 83 | 34.38 |
| Bill | 11/1/2005 | 70955... | 11/8/2005 | 83 | 32.38 |
| Bill | 11/1/2005 | 70955... | 11/9/2005 | 83 | 32.38 |
| Bill | 11/1/2005 | 70955... | 11/12/2005 | 83 | 32.38 |
| Bill | 11/1/2005 | 70955... | 11/12/2005 | 83 | 49.38 |
| Total DHL Express (USA), Inc. | | | | | 180.90 |
| **Duke of Oil** | | | | | |
| Bill | 11/1/2005 | 11056 | 11/1/2005 | 83 | 414.88 |
| Total Duke of Oil | | | | | 414.88 |

Page 1

3:31 PM
01/23/06

# J.E.M. Concrete Cutters, Inc.
## Unpaid Bills Detail
### All Transactions

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Hard Rock Concrete Cutters, Inc.** | | | | | |
| Bill | 8/19/2005 | 104525 | 8/19/2005 | 157 | 141.05 |
| Total Hard Rock Concrete Cutters, Inc. | | | | | 141.05 |
| **Hard Rock Sawing and Drilling Specialist** | | | | | |
| Bill | 7/26/2005 | 2104 | 8/25/2005 | 181 | 200.00 |
| Bill | 9/6/2005 | 2413 | 10/6/2005 | 139 | 1,500.00 |
| Total Hard Rock Sawing and Drilling Specialist | | | | | 1,700.00 |
| **Interstate Power Tools** | | | | | |
| Bill | 8/4/2005 | 0202-#1 | 8/19/2005 | 172 | 207.76 |
| Bill | 8/6/2005 | 0610-... | 8/19/2005 | 170 | 214.07 |
| Bill | 8/23/2005 | 33829 | 8/30/2005 | 153 | 367.82 |
| Bill | 9/21/2005 | 34035 | 9/21/2005 | 124 | 918.23 |
| Bill | 11/1/2005 | 33828 | 11/1/2005 | 83 | 408.10 |
| Bill | 11/1/2005 | 33997 | 11/1/2005 | 83 | 1,097.87 |
| Total Interstate Power Tools | | | | | 3,213.85 |
| **Jiffy Lube** | | | | | |
| Bill | 12/3/2005 | 28523... | 12/3/2005 | 51 | 72.75 |
| Bill | 11/30/2005 | 555641 | 12/16/2005 | 54 | 35.62 |
| Total Jiffy Lube | | | | | 108.37 |
| **Kotowski, David** | | | | | |
| Bill | 10/18/2005 | 05/06/... | 10/18/2005 | 97 | 672.07 |
| Bill | 10/18/2005 | 05/13/... | 10/18/2005 | 97 | 927.19 |
| Bill | 10/18/2005 | 05/20/... | 10/18/2005 | 97 | 927.19 |
| Bill | 10/18/2005 | 05/27/... | 10/18/2005 | 97 | 749.19 |
| Bill | 10/18/2005 | 06/10/... | 10/18/2005 | 97 | 927.19 |
| Bill | 10/18/2005 | 05/20/... | 10/18/2005 | 97 | 130.86 |
| Total Kotowski, David | | | | | 4,333.69 |
| **Nicor Gas** | | | | | |
| Bill | 7/12/2005 | 06/05-... | 7/21/2005 | 195 | 194.72 |
| Bill | 8/11/2005 | 08/05... | 8/20/2005 | 165 | 44.06 |
| Bill | 9/9/2005 | 9/9/05... | 9/23/2005 | 136 | 39.36 |
| Bill | 10/11/2005 | 32 da... | 10/20/2005 | 104 | 47.42 |
| Bill | 11/9/2005 | 10-11/... | 11/18/2005 | 75 | 52.94 |
| Bill | 12/12/2005 | Nov. 0... | 12/22/2005 | 42 | 115.66 |
| Bill | 1/10/2006 | 01/10/... | 1/24/2006 | 13 | 41.71 |
| Total Nicor Gas | | | | | 535.87 |
| **NMAPC** | | | | | |
| Bill | 7/7/2005 | 208530 | 7/17/2005 | 200 | 650.00 |
| Bill | 9/5/2005 | late fe... | 9/5/2005 | 140 | 50.00 |
| Bill | 11/4/2005 | addtl.... | 11/4/2005 | 80 | 50.00 |
| Total NMAPC | | | | | 750.00 |
| **Penhall Diamond Products** | | | | | |
| Credit | 10/20/2005 | 537362 | | | -528.06 |
| Bill | 6/8/2005 | 533719 | 6/8/2005 | 229 | 1,032.63 |
| Bill | 6/16/2005 | 533934 | 6/16/2005 | 221 | 398.44 |
| Bill | 6/17/2005 | 533966 | 6/17/2005 | 220 | 56.45 |
| Bill | 7/9/2005 | 534489 | 7/9/2005 | 198 | 46.25 |
| Total Penhall Diamond Products | | | | | 1,005.71 |
| **Peoples Energy** | | | | | |
| Bill | 12/9/2005 | 11/07-... | 12/29/2005 | 45 | 264.00 |
| Total Peoples Energy | | | | | 264.00 |
| **Postmaster of Chicago** | | | | | |
| Bill | 1/11/2006 | P.O. ... | 1/11/2006 | 12 | 31.00 |
| Total Postmaster of Chicago | | | | | 31.00 |

3:31 PM
01/23/06

# J.E.M. Concrete Cutters, Inc.
## Unpaid Bills Detail
### All Transactions

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Reliable Office Supplies** | | | | | |
| Bill | 6/7/2005 | DVG4... | 6/17/2005 | 230 | 26.99 |
| Total Reliable Office Supplies | | | | | 26.99 |
| **Safway Services, Inc.** | | | | | |
| Bill | 10/18/2005 | D054... | 11/17/2005 | 97 | 53.00 |
| Total Safway Services, Inc. | | | | | 53.00 |
| **SBC** | | | | | |
| Credit | 12/22/2005 | 11/23-... | | | -16.33 |
| Bill | 12/4/2005 | 11/05-... | 12/24/2005 | 50 | 145.95 |
| Bill | 12/7/2005 | 11/08-... | 12/30/2005 | 47 | 54.04 |
| Bill | 1/7/2006 | 12/08-... | 2/2/2006 | 16 | 54.04 |
| Total SBC | | | | | 237.70 |
| **SBC Long Distance** | | | | | |
| Bill | 12/1/2005 | Nov 0... | 1/10/2006 | 53 | 99.07 |
| Bill | 1/1/2006 | 12/05... | 2/10/2006 | 22 | 60.48 |
| Total SBC Long Distance | | | | | 159.55 |
| **Technology Masters** | | | | | |
| Bill | 12/12/2005 | 7320 | 12/27/2005 | 42 | 143.75 |
| Total Technology Masters | | | | | 143.75 |
| **Van Der Giessen, Jon** | | | | | |
| Bill | 7/1/2005 | June ... | 7/1/2005 | 206 | 285.00 |
| Bill | 8/1/2005 | 08/05... | 8/5/2005 | 175 | 435.00 |
| Bill | 9/1/2005 | 09/05... | 9/2/2005 | 144 | 435.00 |
| Bill | 10/1/2005 | 10/05... | 10/7/2005 | 114 | 435.00 |
| Total Van Der Giessen, Jon | | | | | 1,590.00 |
| **Viking Office Products** | | | | | |
| Bill | 10/19/2005 | 31097... | 11/18/2005 | 96 | 107.26 |
| Bill | 10/24/2005 | 31158 | 11/23/2005 | 91 | 57.83 |
| Bill | 10/25/2005 | 31158... | 11/24/2005 | 90 | 24.49 |
| Total Viking Office Products | | | | | 189.58 |
| **TOTAL** | | | | | 34,500.78 |